1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    JEMAIN HUNTER,                          1:05-CV-1300-OWW-TAG HC

9              Petitioner,

10        vs.                                ORDER TO SUBMIT
                                             APPLICATION TO PROCEED
11   GALAZA,                                 IN FORMA PAUPERIS
                                             **OR** FILING FEE
12             Respondent.
     _____/

13

14        Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

15   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

16   application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

17   Accordingly, IT IS HEREBY ORDERED that:

18             1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

19   pauperis.

20             2.  Within thirty days of the date of service of this order, petitioner shall submit a

21   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

22   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

23

24   IT IS SO ORDERED.

25   **Dated:    November 21, 2005**          **/s/ Theresa A. Goldner**
     j6eb3d                                  UNITED STATES MAGISTRATE JUDGE
26

27

28