UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMAIN HUNTER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GALAZA,<br><br>　　　　　　Respondent. | 1:05-cv-01300-OWW-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 13)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On August 8, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because the Petition was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d)(1). (Doc. 13).  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  On September 19, 2007, Petitioner filed objections to the Magistrate Judge's Findings and Recommendation.  (Doc. 14).

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendation issued August 8, 2007 (Doc. 13), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 25, 2007**             **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE