UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

JEMAIN HUNTER,

vs.

GALAZA,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-01300 OWW/ HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_   Granted for the following reason:

_____
_____
_____
_____

X   Denied for the following reason:
TIME BARRED PETITION WITH NO GROUNDS
FOR RELIEF ALLEGED
_____

Dated: 11-20-07

OLIVER W. WANGER
United States District Judge