# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMAIN HUNTER,[1] <br><br> Petitioner, <br><br> v. <br><br> GEORGE GALAZA, <br><br> Respondent. | Case No. 1:05-cv-01300-LJO-SKO  HC <br><br> ORDER DENYING PETITIONER'S MOTION TO SET ASIDE JUDGMENT AS UNTIMELY <br><br> (Docs. 27 and 28) |

On October 14, 2005, Petitioner, a state prisoner proceeding *pro se*, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254, seeking relief from his conviction and sentence.  On August 6, 2007, the Magistrate Judge filed findings and recommendations recommending that the Court dismiss the petition as untimely.  The District Court adopted the findings and recommendations on September 26, 2007, and dismissed the petition.  Petitioner appealed to the U.S. Court of Appeals for the Ninth Circuit, which affirmed the District Court judgment on April 15, 2010.  On December 24, 2014, and March 30, 2015, Petitioner moved to be relieved from this Court's judgment pursuant to F.R.Civ.P. 60(b)(1) and (6), presenting substantially the same arguments presented in support of the original petition and the subsequent appeal.

The Court must dismiss the motions as untimely.  Motions under Rule 60(b) must be made within a reasonable time, but no more than one year after the entry of judgment.  F.R.Civ.P. 60(c)(1).  The first motion in this matter was filed more than seven years after entry of the judgment.

It is hereby ORDERED that Petitioner's motions to set aside the September 26, 2007, judgment be dismissed.

**IT IS SO ORDERED**
**Dated: October 27, 2015**

                                                      **/s/ Lawrence J. O'Neill**
                                                      **United States District Judge**

---

[1] The current motions name Petitioner *Jermain* Hunter.  In the absence of evidence establishing the correct spelling, the Court will use the original spelling.