# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMAIN HUNTER,[1] | Case No. 1:05-cv-01300-LJO-SKO  HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| v. | |
| GEORGE GALAZA, | |
| Respondent. | (Doc. 30) |

On October 14, 2005, Petitioner, a state prisoner proceeding *pro se*, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254, seeking relief from his conviction and sentence. On August 6, 2007, the Magistrate Judge filed findings and recommendations recommending that the Court dismiss the petition as untimely. The District Court adopted the findings and recommendations on September 26, 2007, and dismissed the petition. Petitioner appealed to the U.S. Court of Appeals for the Ninth Circuit, which affirmed the District Court judgment on April 15, 2010. On December 24, 2014, and March 30, 2015, Petitioner moved to be relieved from this Court's judgment pursuant to F.R.Civ.P. 60(b)(1) and (6), presenting substantially the same arguments presented in support of the original petition and the subsequent appeal. On October 27, 2015, the Court denied both motions as untimely. On November 6, 2015, Petitioner again moved for reconsideration pursuant to F.R.Civ.P. 60(b)(6).

As the Court clearly stated in its October 27, 2014, order, a motion for reconsideration of the September 26, 2007, judgment is untimely. *See* F.R.Civ.P. 60(c)(1). Disagreement with the Court's

---
[1] The current motions name Petitioner *Jermain* Hunter. In the absence of evidence establishing the correct spelling, the Court will use the original spelling.

1

1  rulings is not grounds for reconsideration.  *See Marlin Nutraceuticals, Inc. v. Mucos Pharma GmbH
2  & Co.*, 571 F.3d 873, 880 (9th Cir. 2009); *Harvest v. Castro*, 531 F.3d 737, 748-49 (9th Cir. 2008).
3     Accordingly, the Court hereby DENIES, with prejudice, Plaintiff's Motion for
4  Reconsideration.  No further motions for reconsideration will be considered, and if one is filed, it
5  will be summarily stricken from the record without further notice.

**IT IS SO ORDERED**
**Dated: November 9, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**