# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMAIN HUNTER,[1] | Case No. 1:05-cv-01300-LJO-SKO  HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO F.R.Civ.P 59(e) |
| v. | |
| GEORGE GALAZA, | |
| Respondent. | (Doc. 32) |

On November 10, 2015, the Court denied as untimely Petitioner's motion to alter or amend judgment pursuant to F.R.Civ.P. 59(e) or, in the alternative, for reconsideration pursuant to F.R.Civ.P. 60(b)(6). Petitioner now files a notice of error, pointing out that the Court denied the motion under Rule 60(b)(6) but did not explicitly deny the alternative motion under Rule 59(e) to alter or amend the judgment.

Judgment in this matter was entered on September 26, 2007. "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." F.R.Civ.P. 59(e). Petitioner motion is untimely.

Accordingly, the Court hereby DENIES, with prejudice, Plaintiff's Motion to alter or amend the judgment under Rule 59(e). No further motions will be considered in this matter, and if one is filed, it will be summarily stricken from the record without further notice.

IT IS SO ORDERED.

Dated:   **November 30, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

---

[1] The current motions name Petitioner *Jermain* Hunter. In the absence of evidence establishing the correct spelling, the Court will use the original spelling.