# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAIN HUNTER,<br><br>    Petitioner,<br><br>  v.<br><br>GALAZA,<br><br>    Respondent. | Case No. 1:05-cv-01300-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Ronald Davis has succeeded Mr. Galaza as warden of San Quentin State Prison.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Ronald Davis, Warden, San Quentin State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **March 9, 2016**             **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE